Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
Melina Bales (TX 24106851)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214.999.3000
Facsimile: 214.999.4667

**PROPOSED COUNSEL TO DEBTOR**
**REAGOR AUTO MALL LTD**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REAGOR AUTO MALL LTD,** | § | Case No. 18-50324-rlj-11 |
| | § | Joint Administration Requested |
| Debtor. | § | |

### NOTICE OF HEARING

TO ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that a hearing on the following motions has been set for **November 20, 2018 at 10:00 a.m.** prevailing Central Time, before the Honorable Judge Robert L. Jones at the United States Bankruptcy Court, Room 314, 1205 Texas Avenue, Lubbock, Texas 79401:

1. Debtor's *Motion for Entry of an Order (I) Prohibiting the Utility Providers from Altering, Refusing, or Discontinuing Services, (II) Approving the Proposed Adequate Assurance Procedures, and (III) Granting Related Relief* [Docket No.42];

2. Debtor's *Motion for Joint Administration with Existing Reagor-Dykes Cases* [Docket No. 35]; and

3. Debtor's *Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing* [Docket No. 18].

DATED:  November 17, 2018

Respectfully submitted,

By: */s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
C. Ashley Ellis (TX 00794824)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX  75201
Telephone:  214.999.3000
Facsimile:  214.999.4667

**COUNSEL TO DEBTORS REAGOR-DYKES MOTORS, LP** *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2018, a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

*/s/ Marcus A. Helt*
Marcus A. Helt

## Related Debtors and Cases

| Debtor/Entity | Case No. | EIN |
|---|---|---|
| *Reagor-Dykes Motors, LP* | 18-50214 | 20-5922264 |
| *Reagor-Dykes Imports, LP* | 18-50215 | 27-1878497 |
| *Reagor-Dykes Amarillo, LP* | 18-50216 | 46-2877716 |
| *Reagor-Dykes Auto Company LP* | 18-50217 | 27-1878703 |
| *Reagor-Dykes Plainview, LP* | 18-50218 | 46-3969779 |
| *Reagor-Dykes Floydada, LP* | 18-50219 | 47-4241887 |
| *Reagor-Dykes Snyder, L.P.* | 18-50321 | 37-1834051 |
| *Reagor-Dykes III LLC* | 18-50322 | 46-3835210 |
| *Reagor-Dykes II LLC* | 18-50323 | 27-1993186 |
| *Reagor-Dykes Auto Mall I LLC* | 18-50325 | 20-0275010 |